People v Muhammad (2024 NY Slip Op 04718)

People v Muhammad

2024 NY Slip Op 04718

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: CURRAN, J.P., BANNISTER, GREENWOOD, KEANE, AND HANNAH, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (183/20) KA 18-01176.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
RASHAD J. MUHAMMAD, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.